UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAREK JACEK WOZNIAK,<br><br>                              Plaintiff,<br><br>           v.<br><br><br>ALEJANDRO MAYORKAS, et al.,<br><br>                              Defendants. | 23-CV-11256 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On December 28, 2023, Plaintiff filed a Petition for Review of his Naturalization Application, seeking review of the United States Customs and Immigration Services' denial of his application for naturalization.  *See* Dkt. No. 1.  On February 2, 2024, Defendants appeared.  *See* Dkt. No. 11.

It is hereby **ORDERED** that the parties shall meet and confer and file a joint status letter by **March 1, 2024.**  Such letter shall state whether the parties anticipate needing discovery in this matter, and if so, the parties shall attach a proposed case management plan, available at the Court's website, https://www.nysd.uscourts.gov/hon-dale-e-ho.  The letter shall also state whether either party intends to file a dispositive motion, and if so, shall provide a proposed briefing schedule on any such motion.  To the extent possible, the parties shall offer a joint proposal; alternatively, the parties may offer competing proposals.  The letter shall further state whether the parties request a referral for alternative dispute resolution through the District's Mediation Program or before the assigned Magistrate Judge.  The letter shall finally include any

other information relevant to resolving this case, whether through settlement, trial, or dispositive motion practice.

SO ORDERED.

Dated: February 8, 2024
       New York, New York

_____
DALE E. HO
United States District Judge